No. 68964.—Brechner Bros. *v.* United States, protest 64/18563 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of telescopes, not chiefly used for the amusement of children, and valued not over $2 each, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 21, 1964

No. 68965.—Antique Import Co. *v.* United States, protest 63/7684 (New York).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of figures, valued at $2.50 or more each, similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 22, 1964

No. 68966.—Strombeck-Becker Mfg. Co. and Hoyt, Shepston & Sciaroni et al. *v.* United States, protests 61/2621, etc. (San Francisco).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.